NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MANTIS COMMUNICATIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**EDIBLE ARRANGEMENTS, LLC, EDIBLE ARRANGEMENTS INTERNATIONAL LLC, CULVER FRANCHISING SYSTEM, INC., REGAL CINEMAS, INC, REGAL CINEMEDIA CORPORATION, REGAL ENTERTAINMENT GROUP, INC, BASKIN-ROBBINS FRANCHISING, LLC, BASKIN-ROBBINS FRANCHISED SHOPS, LLC,**
*Defendants-Appellees*

**PAPA MURPHY'S HOLDINGS, INC, PAPA MURPHY'S INTERNATIONAL, LLC, MURPHY'S MARKETING SERVICES, INC, PAPA MURPHY'S COMPANY STORES, INC,**
*Defendants*

———————————

2018-1332, 2018-1334, 2018-1337, 2018-1339, 2018-1340

———————————

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:17-cv-00324-JRG-RSP, 2:17-cv-00325-JRG-RSP, 2:17-cv-00327-JRG-RSP, 2:17-cv-00328-JRG-RSP, 2:17-cv-00339-JRG-RSP, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

TARA KLAMROWSKI, Alan Sege, Los Angeles, CA, argued for plaintiff-appellant. Also represented by RYAN E. HATCH, Law Office of Ryan E. Hatch, PC, Los Angeles, CA.

DAVID BRANDON CONRAD, Fish & Richardson PC, Dallas, TX, argued for all defendants-appellees. Defendants-appellees Culver Franchising System, Inc., Regal Cinemas, Inc, Regal CineMedia Corporation, Regal Entertainment Group, Inc, Baskin-Robbins Franchising, LLC, Baskin-Robbins Franchised Shops, LLC also represented by RICARDO BONILLA, THERESA DAWSON, NEIL J. MCNABNAY.

MICHAEL A. BITTNER, Winston & Strawn LLP, Dallas, TX, for defendants-appellees Edible Arrangements, LLC, Edible Arrangements International LLC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2018                    /s/ Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                   Clerk of Court